HONORABLE FRED VAN SICKLE

J. Gregory Lockwood,
J. GREGORY LOCKWOOD, PPLC
522 W. Riverside Ave., Ste. 420
Spokane, WA 99201-0504
(509) 624-8200

C. Blaine Morley, Pro Hac Vice
3105 SW Cascade Drive
Portland, OR 97205-5813
(503) 228-7300   Telephone
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| FEATURE REALTY, INC., a Nevada corporation, <br><br> Plaintiff, <br><br> vs. <br><br> CITY OF SPOKANE, a Washington municipal corporation, <br><br> Defendant <br> CITY OF SPOKANE, <br><br> Third Party Plaintiff <br> vs. <br><br> DAVIS COMMUNICATIONS, Inc., *et al.*, <br><br> Third Party Defendants | **NO. CV-07-088-FVS** <br><br> State Court No. 07-2-00991-9 <br><br><br> ~~Proposed~~ Order Granting Dismissal of Action <br><br><br> DATE: May 8, 2009 <br> TIME: 11:30 A.M. |

~~Proposed~~ Order Dismissing Action

C. Blaine Morley
3105 SW Cascade Dr.
Portland, OR 97205
Tele: (503) 228-7300
Fax:  (503) 228-7310

J. Gregory Lockwood, #20629
522 W. Riverside, Ste. 420
Spokane, WA 99201
Tele: (509) 624-8200
Fax: (509) 623-1491

| | |
|---|---|
| 1 | FIBERLINK, INC., d/b/a COLUMBIA FIBER SOLUTIONS, a registered trademark, a/k/a COLUMBIA FIBER, |
| 2 | |
| 3 | |
| 4 | Cross-complainant, |
| 5 | vs. |
| 6 | |
| 7 | FEATURE REALTY, INC., a Nevada Corporation. |
| 8 | Cross-defendant. |

Plaintiff, Feature Realty, Inc., ("Feature") commenced this action in the Superior Court of the County of Spokane, Case # 07-02-009919-9 by a complaint filed on March 2, 2007. The action was removed by defendant City of Spokane ("City") which filed a Notice of Removal filed in the State Court on March 22, 2007. On June 20, 2007, the City answered the complaint of Feature, filed a Counter Claim against Feature, and a Third Party Complaint against Third Party Defendants Davis Communications, Inc. ("Davis") and FiberLink, Inc. ("FiberLink"). *Dkt.* #14. The Counter Claim and Third Party Complaint generally alleged violations of the Spokane Municipal Code 10.27.310 and 47 USC 541 (b) because the City alleged that none of the parties counter-defendant or third party defendant held a cable franchisee granted by the City and cable related taxes and fees had not been paid by any of the said defendants. Fiberlink answered the Third Party Complaint and filed a Cross-Claim against Feature alleging breach of contract and

Proposed Order Dismissing Action

C. Blaine Morley
3105 SW Cascade Dr.
Portland, OR 97205
Tele: (503) 228-7300
Fax: (503) 228-7310

J. Gregory Lockwood, #20629
522 W. Riverside, Ste. 420
Spokane, WA 99201
Tele: (509) 624-8200
Fax: (509) 623-1491

Page 2 of 5

declaratory relief. *Dkt. #44*. Feature answered the Cross-Claim of Fiberlink denying all allegations of default, etc. *Dkt. #58*.

Motions for Summary Judgment and Cross-Motions were filed by the parties but never heard by the Court. Instead, December 11, 2007, the Court remanded the matter of Feature's administrative tax appeal back to the Spokane County Superior Court because it raised exclusively non-federal issues. The Court additionally stayed the remainder of the case until the Superior Court had ruled on the remanded portion. April 1, 2008, the Superior Court filed its ruling granting summary judgment to the City and denying Feature's writ of review.

Feature and the City then entered into a Settlement Agreement on May 27, 2008, by which Feature agreed to provide conforming cable service to the Canyon Bluffs project and pay applicable cable services related taxes and fees to the City. The Court extended time for performance by Feature, issuing a Minute Order on February 10, 2009, in which it granted Feature until May 5, 2009, subsequently continued by order of court to May 8, 2009, to finish its contract negotiations with Comcast, holder of a City cable franchise, to furnish cable services to the project, or the Court would note a date to grant a proposed order of the City to enjoin all future violations of the Spokane Municipal Code, Title 10, Chapter 27 and 47 USC 541 (b) by Feature, Davis or FiberLink. The Court further ordered a Joint Status Conference Report be filed with this Court on or before April 28, 2009, reporting on the status of the Feature/Comcast negotiations and change over to Comcast service.

XXXXXXX Order Dismissing Action

C. Blaine Morley
3105 SW Cascade Dr.
Portland, OR 97205
Tele: (503) 228-7300
Fax: (503) 228-7310

J. Gregory Lockwood, #20629
522 W. Riverside, Ste. 420
Spokane, WA 99201
Tele: (509) 624-8200
Fax: (509) 623-1491

Page 3 of 5

Feature confirmed that on April 16, 2009, the optic fiber line(s) of FiberLink, which carried cable signals from Davis to the Canyon Bluffs Project, were cut and that a complete change over to Comcast cable service to the entire Canyon Bluffs project has occurred. Feature has confirmed to the City and to the Court that the contract between Feature and Comcast has been signed and is a long term contract to provide cable services to the Canyon Bluffs project by Comcast, and that no ability exists for the continued transmission of cable signals from Davis through the optic fibers of FiberLink.

Based on the foregoing and the stipulation of the parties, the Court finds that all issues have been resolved and all claims are hereby dismissed with prejudice, except the claims of Fiberlink against Feature for breach of contract which are hereby dismissed without prejudice.

Date: __May 4,_____ 2009

                                              s/ Fred Van Sickle
                                              _____
                                              Fred Van Sickle
                                              U. S. District Court,
                                              Eastern District of Washington

Proposed Order Dismissing Action

C. Blaine Morley
3105 SW Cascade Dr.
Portland, OR 97205
Tele: (503) 228-7300
Fax: (503) 228-7310

J. Gregory Lockwood, #20629
522 W. Riverside, Ste. 420
Spokane, WA 99201
Tele: (509) 624-8200
Fax: (509) 623-1491

Page 4 of 5